UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON LATIMORE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 14-13378-JGD |
| KENNETH TROTMAN, et al, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME AND REQUEST FOR A COURT ORDER

This matter is before the court on the "Motion for an Extension of Time to File Plaintiff's Opposition to Defendants' Motion for Summary Judgment" (Docket No. 328), by which the plaintiff, Jason Latimore, requests an additional thirty (30) days to file his opposition to the Defendants' Motion for Summary Judgment (Docket No. 313), as well as a court order that he be provided a flash drive with video files formatted for editing purposes.

With respect to the plaintiff's request for an additional thirty days to file his opposition it is hereby DENIED AS MOOT. The plaintiff signed and dated this motion on August 2, 2022, and the court issued an order granting the plaintiff an additional thirty days to file his opposition on August 1, 2022. (Docket No. 326). Therefore, his opposition is due on August 31, 2022.

In addition, the plaintiff has requested this court issue an order directing the defendants to provide him with a flash drive containing video files in a specific format for video editing purposes. That request is DENIED without prejudice. The production of electronic discovery

has been the subject of prior orders of the court. The plaintiff does not contend that the factual record that was submitted in connection with the first summary judgment motion is not sufficient to address the remaining legal issues. Rather the plaintiff is trying to make a demonstrative video file to supplement his argument. Such a demonstrative video is not needed by the court at this juncture. In connection with his opposition to the motion for summary judgment, the plaintiff is free to provide any written description of the contents of any video file he would make if possible. In the event the case proceeds to trial, the plaintiff's request to be able to make a demonstrative video can be renewed, if appropriate.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: August 10, 2022